**Edward BUTLER, Plaintiff–Appellant,**

**v.**

**CITY OF FORT LAUDERDALE, Scott Hagemann, Defendants–Appellees.**

**No. 15-14397**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 09/19/2016

Jeffery L. Allen, Law Offices of Jeffrey L. Allen & Associates, MIAMI, FL, William J. Cone, Jr., Law Office of William James Cone, Jr., FORT LAUDERDALE, FL, for Plaintiff–Appellant.

Alain E. Boileau, Alain E. Boileau, PA, FORT LAUDERDALE, FL, for Defendants–Appellees.

Before HULL, MARTIN, and BALDOCK,* Circuit Judges.

HULL, Circuit Judge:

Plaintiff Edward Butler appeals from the district court's order granting Defendant Scott Hagemann's motion for summary judgment. Butler brought an action alleging malicious prosecution under federal and state law,[1] relying in part on 42 U.S.C. § 1983. The district court determined that Butler's malicious prosecution claims failed because Hagemann had probable cause to arrest Butler on suspicion of armed robbery. The district court entered final judgment in favor of Hagemann.

After review of the record and with the benefit of oral argument, we affirm.

**AFFIRMED.**

---

* Honorable Bobby R. Baldock, United States Circuit Judge for the Tenth Circuit, sitting by designation.

1. Butler brought other claims that were dismissed before Defendant Hagemann's motion for summary judgment, but those claims are not at issue in this appeal.